ACCEPTED
01-14-00914-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/15/2015 10:15:33 AM
CHRISTOPHER PRINI
CLERK

# Linebarger Goggan Blair & Sampson, LLP
## 4828 Loop Central Drive, Suite 600
### Houston, Texas 77081
### Main: 713-844-3400

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

4/15/2015 10:15:33 AM
CHRISTOPHER A. PRINE
Clerk

April 15, 2015

**Via E-File**

The Honorable Christopher A. Prine, Clerk
First Court of Appeals
301 Fannin
Houston, Texas 77002-2066

> Re: Letter Requesting Status Information in Case No. 01-14-00914-CV; *Jay Cohen v. Midtown Management District*; In the First Court of Appeals, Trial Court Cause No. 2013-16814.

Dear Clerk:

On December 10, 2014 the Court instructed Appellant to pay, or make arrangements to pay, the reporter's fee on or before January 9, 2015. However, the Court's electronic docket does not reflect whether Appellant complied, and therefore, I write to ask if such compliance has in fact occurred.

Thank you for your assistance in this matter. Please contact me if you have any questions.

Sincerely,

Nick Nicholas

cc: Mr. George F. May (via e-mail to george@towmeymay.com)
Mr. Jason L. Bailey (via e-mail to jbailey@pbfcm.com)

---

*Edward J. (Nick) Nicholas*       *Direct: 713-844-3405*       *Fax: 713-844-3504*       *Nick.Nicholas@lgbs.com*